ADANTÉ D. POINTER, ESQ., SBN 236229
PATRICK M. BUELNA, ESQ., SBN 317043
TY L. CLARKE, ESQ., SBN 339198
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com
       Attorneys for Plaintiff

Forrest W. Hansen, SBN  235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Civil Litigator
Dusty B. Nunes, SBN 339392
Deputy County Counsel
2222 M Street, 3rd Floor
Merced, CA  95340
Tel:    (209) 385-7564
Fax:    (209) 726-1337
Email: Jenna.Anderson@countyofmerced.com
Dusty.Nunes@countyofmerced.com
       Attorneys for Defendant County of Merced

In the United States District Court

For the Eastern District of California, Fresno Division

| | |
|---|---|
| AMADO SORIANO, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MERCED, an entity of the State of California; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 1:26-cv-01496-SKO<br><br>**Stipulation and Order to Extend Time for Defendant County of Merced to Respond to Complaint and Allow Early Discovery**<br><br>**(Doc. 5)** |

The parties, Plaintiff Amado Soriano (hereinafter "Plaintiff") and Defendant County of Merced (hereinafter "Defendant"), by and through their attorneys hereby stipulate as follows:

### STIPULATION

WHEREAS, Plaintiff filed the operative Complaint on February 20, 2026;

WHEREAS, Defendant's current deadline to respond to the Complaint is April 7, 2026;

WHEREAS, the parties have not previously stipulated to, or obtained, an extension of time for Defendant to respond to the Complaint;

WHEREAS, the parties have met and conferred regarding the allegations in the Complaint and the identity of the proper defendant(s) to be named in this action;

WHEREAS, the parties have conducted the Rule 26(f) conference;

WHEREAS, the parties agree that limited early discovery is appropriate for the sole purpose of permitting Plaintiff to ascertain the identity of the proper defendant(s) and to obtain information sufficient to permit Plaintiff to file an amended complaint naming those defendant(s);

WHEREAS, the parties further agree that Defendant's deadline to respond to the currently operative Complaint should be continued pending Plaintiff's filing of an amended complaint, if any;

NOW THEREFORE, the parties agree and stipulate that:

1. Pursuant to Local Rule 144 and Federal Rule of Civil Procedure 6, Defendant's deadline to respond to the Complaint is extended by forty-five (45) days from April 7, 2026, to May 22, 2026.

2. Pursuant to Federal Rule of Civil Procedure 26(d)(1), Plaintiff may engage in limited early discovery for the sole purpose of identifying the

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

2

Stipulation and Order to Extend Time for Defendant County of Merced to Respond to Complaint and Allow Early Discovery

proper defendant(s) to be named in an amended complaint and obtaining documents sufficient to identify those defendant(s).

3. The limited early discovery authorized by this Stipulation and Order shall be limited to discovery reasonably tailored to:

a. identifying the individual law enforcement, custodial, medical, and/or other personnel involved in the events alleged in the Complaint;

b. identifying their employing agency or entity; and

c. obtaining documents sufficient to permit Plaintiff to amend the Complaint to name the proper defendant(s).

4. No discovery authorized by this Stipulation and Order shall be construed as opening general merits discovery.

5. Plaintiff shall file any First Amended Complaint on or before May 21, 2026.

6. If Plaintiff files a First Amended Complaint on or before the deadline set forth above, Defendant shall file its responsive pleading within twenty-one (21) days after service of the First Amended Complaint, unless otherwise ordered by the Court.

7. If Plaintiff does not file a First Amended Complaint on or before the deadline set forth above, Defendant shall file its responsive pleading to the current Complaint no later than May 22, 2026.

8. This Stipulation is entered into solely to facilitate identification of the proper defendant(s) and orderly pleading. It shall not be construed as a waiver of any defense, objection, or argument available to Defendant or any other person or entity, including without limitation any defense under Rule 12, any jurisdictional defense, any immunity, any challenge to service, and any position regarding whether Defendant is a proper defendant.

///

IT IS SO STIPULATED

Dated: April 6, 2026                              POINTER & BUELNA, LLP
                                                 LAWYERS FOR THE PEOPLE


                                                 /s/ Ty Clarke (*as authorized 4/6/26*)
                                                 Ty Clarke
                                                 Attorney for PLAINTIFF


Dated: April 6, 2026                              Forrest W. Hansen
                                                 Merced County Counsel



                                    By:    /s/ Dusty B. Nunes
                                           Dusty B. Nunes
                                           Deputy County Counsel
                                           Attorneys for County of Merced


## ORDER

By and through the Stipulation of the parties, and finding good cause thereupon, it is hereby ORDERED, ADJUDGED, and DECREED:

1. Defendant's deadline to respond to the Complaint is extended to May 22, 2026.

2. Pursuant to Federal Rule of Civil Procedure 26(d)(1), Plaintiff may engage in limited early discovery for the sole purpose of identifying the proper defendant(s) to be named in an amended complaint and obtaining documents sufficient to permit amendment.

3. The limited early discovery authorized by this Order shall be limited to discovery reasonably tailored to:

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

4

Stipulation and Order to Extend Time for Defendant County of Merced to Respond to
Complaint and Allow Early Discovery

a. identifying the individual law enforcement, custodial, medical, and/or other personnel involved in the events alleged in the Complaint;

b. identifying their employing agency or entity; and

c. obtaining documents sufficient to permit Plaintiff to amend the Complaint to name the proper defendant(s).

4. Plaintiff shall file any First Amended Complaint on or before May 21, 2026.

5. If Plaintiff files a First Amended Complaint on or before that date, Defendant shall file its responsive pleading within twenty-one (21) days after service of the First Amended Complaint.

6. If Plaintiff does not file a First Amended Complaint on or before that date, Defendant shall file its responsive pleading to the current Complaint no later than May 22, 2026.

7. Nothing in this Order shall be construed as a waiver of any defense, objection, or argument by Defendant County of Merced or any other person or entity.

IT IS SO ORDERED.

Dated:   **April 7, 2026**          /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE