ADANTÉ D. POINTER, ESQ., SBN 236229
PATRICK M. BUELNA, ESQ., SBN 317043
TY L. CLARKE, ESQ., SBN 339198
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com
        Attorneys for Plaintiff

Forrest W. Hansen, SBN  235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Civil Litigator
Dusty B. Nunes, SBN 339392
Deputy County Counsel
2222 M Street, 3rd Floor
Merced, CA  95340
Tel:    (209) 385-7564
Fax:    (209) 726-1337
Email: Jenna.Anderson@countyofmerced.com
Dusty.Nunes@countyofmerced.com
        Attorneys for Defendant County of Merced

In the United States District Court

For the Eastern District of California, Fresno Division

| | |
|---|---|
| AMADO SORIANO, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTY OF MERCED, an entity of the State of California; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 1:26-cv-01496-EGC<br><br>**Stipulation and Order to Extend Time for Defendant County of Merced to Respond to the Amended Complaint**<br><br>(Doc. 14) |

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

1

Stipulation and Order to Extend Time for Defendant County of Merced to Respond to
Complaint and Allow Early Discovery

The parties, Plaintiff Amado Soriano (hereinafter "Plaintiff") and Defendant County of Merced (hereinafter "Defendant"), by and through their attorneys hereby stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff filed the operative Complaint on February 20, 2026;

WHEREAS, Plaintiff filed the First Amended Complaint on May 21, 2026;

WHEREAS, Defendant County of Merced's response is due June 11, 2026;

WHEREAS, Defendant County of Merced has requested additional time to meet and confer;

WHEREAS, the parties agree that Defendant's deadline to respond to the First Amended Complaint should be extended;

WHEREAS, the initial scheduling conference is currently set for June 23, 2026, at 9:45 a.m.;

WHEREAS, not all parties will have appeared in the case prior to the current June 23, 2026 scheduling conference;

NOW THEREFORE, the parties agree and stipulate that:

1.    Pursuant to Local Rule 144 and Federal Rule of Civil Procedure 6, Defendant's deadline to respond to the Complaint is extended by twenty-eight (28) days from June 11, 2026, to July 9, 2026.

2.    The initial scheduling conference set for June 23, 2026, be continued to a future date in or around August 2026.

IT IS SO STIPULATED.

///

///

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

2

Stipulation and Order to Extend Time for Defendant County of Merced to Respond to Complaint and Allow Early Discovery

Dated: June 10, 2026                                     POINTER & BUELNA, LLP
                                                         LAWYERS FOR THE PEOPLE


                                                         /s/    Ty Clarke (as authorized 6/10/2026)
                                                                Ty Clarke
                                                                Attorney for PLAINTIFF


Dated: June 10, 2026                                     Forrest W. Hansen
                                                         Merced County Counsel



                                                    By:    /s/ Jenna M. Anderson
                                                           Jenna M. Anderson
                                                           Chief Civil Litigator
                                                           Attorneys for County of Merced




## ORDER

In light of parties' stipulation, (Doc. 14), it is hereby ORDERED that:

1.    Defendant County of Merced's deadline to respond to the First Amended Complaint is CONTINUED to July 9, 2026.

2.    The initial scheduling conference currently set for June 23, 2026, is CONTINUED to September 15, 2026, at 9:45 a.m. before Magistrate Judge Erin Guy Castillo.  The parties SHALL file their joint scheduling report 7 days prior to the conference. The Court further DIRECTS the parties to review Judge Guy Castillo's standing orders and recommends use of the Court's Joint Scheduling Report Template.[1]

---

[1]    Found    at: https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-erin-guycastillo-egc/.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

3

Stipulation and Order to Extend Time for Defendant County of Merced to Respond to
Complaint and Allow Early Discovery

IT IS SO ORDERED.

Dated:    **June 11, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

4

Stipulation and Order to Extend Time for Defendant County of Merced to Respond to
Complaint and Allow Early Discovery