**In the United States District Court**

**For the Eastern District of California, Fresno Division**

| | |
|---|---|
| AMADO SORIANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED, et al.;<br><br>Defendants. | Case No. 1:26-cv-01496-EGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO SERVE COMPLAINT AND SUMMONS ON DEFENDANTS BERNAVET MENDEZ PADILLA AND CHRISTIAN RAMIREZ**<br><br>(Doc. 19) |

The parties, Plaintiff Amado Soriano (hereinafter "Plaintiff") and Defendants County of Merced and California Forensic Medical Group, Inc. (hereinafter "Defendants"), by and through their attorneys hereby stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff filed the First Amended Complaint on May 21, 2026 (ECF No. 10);

WHEREAS, this Court issued the summons for Defendants California Forensic Medical Group, Inc.; Bernavet Mendez Padilla; and Christian Ramirez on June 10, 2026 (ECF No. 14);

WHEREAS, Defendant California Forensic Medical Group, Inc. answered Plaintiff's First Amended Complaint on July 13, 2026;

WHEREAS, under Federal Rule of Civil Procedure (F.R.C.P) 4, Plaintiff's deadline to serve the First Amended Complaint on Defendants Bernavet Mendez Padilla and Christian Ramirez is August 19, 2026. Under F.R.C.P. 4(M), the court must extend the time for service for an appropriate period upon a showing of good cause for the failure to serve within 90 days.

WHEREAS, Plaintiff contends good cause exists to extend the deadline for service. Plaintiff has made unsuccessful attempts at service of the First Amended Complaint and Summons on both Defendant Bernavet Mendez Padilla and Christian Ramirez. Plaintiff has attempted to serve Defendant Padilla five (5) separate times at what is believed to be his home address but no one has come to the door to accept service. Plaintiff also attempted to serve Defendant Ramirez at what was believed to be his home address but were informed by an individual at the home that Defendant Padilla no longer lives there. Plaintiff was not provided with an updated address. Plaintiff has unsuccessfully attempted to locate an updated address for Defendant Ramirez and due to this has contracted a process server to determine Defendant Ramirez's proper address for service.

WHEREAS, Plaintiff further contends that there is good cause to extend the deadline for Plaintiff to serve the First Amended Complaint on Defendants Padilla and Ramirez because it will allow Plaintiff to attempt additional service and, if that should fail, Plaintiff will serve the Defendants by mail pursuant to Federal Rule of Civil Procedure 4(e) and California Code of Civil Procedure § 415.30.

WHEREAS, the parties hereby STIPULATE TO and JOINTLY PROPOSE that this Court extend Plaintiff's deadline to serve the First Amended Complaint on Defendants Bernavet Mendez Padilla and Christian Ramirez by 44 days to October 2, 2026.

**THE REST OF THIS PAGE IS INTENTIONALLY BLANK**

IT IS SO STIPULATED

Dated: August 19, 2026

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

By: */s/ Ty Clarke*
Ty Clarke
Attorney for PLAINTIFF

Dated: August 19, 2026

MEDICAL DEFENSE LAW GROUP

By: */s/ Gregory T. Fayard*
Gregory T. Fayard
Attorneys for DEFENDANT California Forensic Medical Group, Inc. and the County of Merced

**THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK.**

**ORDER**

The Court is in receipt of the parties "Stipulation and Order to Extend Time for Plaintiff to Serve First Amended Complaint on Defendants Bernavet Mendez Padilla and Christian Ramirez." (Doc. 19). Finding good cause, it is hereby ORDERED that Plaintiff's deadline to serve the First Amended Complaint on Defendants Bernavet Mendez Padilla and Christian Ramirez is extended by 44 days to October 2, 2026.

The Court further orders that the initial scheduling conference currently set for September 15, 2025 is CONTINUED to December 1, 2026, at 9:30 a.m. before Magistrate Judge Erin Guy Castillo. The parties SHALL file their joint scheduling report 7 days prior to the conference. The Court further DIRECTS the parties to review Judge Guy Castillo's standing orders and shall use of the Court's Joint Scheduling Report Template.[1]

IT IS SO ORDERED.

Dated: **August 19, 2026**

Erin Guy Castillo

UNITED STATES MAGISTRATE JUDGE

[1] Found at: https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-erin-guycastillo-egc/.